United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel J Atkins  
Sara A Atkins  
    Debtors

Case No. 16-14113-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 21, 2017  
Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.  
db/jdb     +Daniel J Atkins,   Sara A Atkins,   145 Rock Glen Rd.,   Wynnewood, PA 19096-3213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:

    BRAD J. SADEK    on behalf of Debtor Daniel J Atkins brad@sadeklaw.com  
    BRAD J. SADEK    on behalf of Joint Debtor Sara A Atkins brad@sadeklaw.com  
    JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association paeb@fedphe.com  
    ROBERT MICHAEL KLINE    on behalf of Creditor    Wells Fargo Bank, N.A., not in its individualcapacity, but solely as Indentured Trustee for the Navigator Mortgage Loan Trust 2008 Pacer@squirelaw.com, rmklinelaw@aol.com  
    SARAH K. MCCAFFERY    on behalf of Creditor    Wells Fargo Bank, N.A., not in its individualcapacity, but solely as Indentured Trustee for the Navigator Mortgage Loan Trust 2008 smccaffery@squirelaw.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

    TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Daniel J Atkins and Sara A Atkins
      Debtor(s)　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 16−14113−mdc
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 21st day of September 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　52 − 29
　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155